UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MK MALL HOLDINGS, LLC** | **CIVIL DOCKET NO. 6:23-CV-01455** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **UNDERWRITERS AT LLOYD'S OF LONDON, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

This suit arises from a commercial property insurance claim made by MK Mall Holdings, LLC ("Plaintiff"), based on damage it sustained in Hurricane Ida on or about August 29, 2021. At the time of the loss, Plaintiff's property was insured by Underwriters at Lloyd's of London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, HDI Global Specialty SE, Old Republic Union Insurance Company, and Safety Specialty Insurance Company ("Defendants") under a surplus lines commercial property insurance policy (the "Policy"). The Policy contains an arbitration agreement requiring that, "all matters in difference … relating to this insurance, shall be referred to an Arbitration Tribunal." [Doc. 9-2, p. 37].

Before the Court now is a MOTION TO COMPEL ARBITRATION AND STAY THE PROCEEDINGS (the "Motion") [Doc. 9] filed by Defendants seeking enforcement of the binding arbitration clause in the Policy and a stay of these proceedings. The Defendants urge that the arbitration agreement is enforceable under the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention") and the Federal

Arbitration Act ("FAA"). No opposition has been filed by the Plaintiff. After considering the Defendants' briefing, the subject Policy, and the lack of opposition to the Motion's requested relief,

IT IS HEREBY ORDERED that the Court GRANTS the Motion [Doc. 9], directs the parties to submit this matter to arbitration in accordance with the terms of the Policy, and STAYS this matter pending completion of arbitration.

IT IS FURTHER ORDERED that the parties shall notify the Court promptly upon resolution of the arbitration proceedings.

THUS, DONE AND SIGNED in Chambers on this 28th day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE